| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Cardiac Connections: Home Health Care Nursing Services Corp.** <br> Name | EIN  **80–0668452** |
| United States Bankruptcy Court  **Eastern District of Virginia** <br> Case number:  **17–35183–KRH** | | Date case filed for chapter  **11   October 16, 2017** |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                                                12/15

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Cardiac Connections: Home Health Care Nursing Services Corp. | |
| **2. All other names used in the last 8 years** | dba The Cardiac Connection Home Health Care, dba The Cardiac Connection | |
| **3. Address** | 10109 Krause Road, Suite 203 <br> Chesterfield, VA 23832 | |
| **4. Debtor's attorney** <br> Name and address | Robert S. Westermann <br> Hirschler Fleischer, P.C. <br> 2100 East Cary Street <br> The Edgeworth Building <br> Richmond, VA 23223 | Contact phone 804–771–5610 <br><br> Email: rwestermann@hf–law.com |
| **5. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br><br> **McVCIS 24–hour case information:** <br> Toll Free 1–866–222–8029 | 701 East Broad Street <br> Richmond, VA 23219 <br><br> Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. <br><br> Contact phone 804–916–2400 | **For the Court:** <br><br> Clerk of the Bankruptcy Court: <br> William C. Redden <br><br> Date: October 18, 2017 |
| **6. Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 17, 2017 at 02:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |

**For more information, see page 2 >**

Official Form 309F (For Corporations or Partnerships) **Notice of Chapter 11 Bankruptcy Case**                          page **1**

Debtor  **Cardiac Connections: Home Health Care Nursing Services Corp.**                                         Case number **17–35183–KRH**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: February 15, 2018**<br>For a governmental unit: **April 16, 2018**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:  January 16, 2018** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 13. | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

Official Form 309E (For Corporations or Partnerships) **Notice of Chapter 11 Bankruptcy Case**                                                         page **2**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:   Case Number: 17−35183−KRH
Chapter 11

Cardiac Connections: Home Health Care Nursing Services Corp.
dba The Cardiac Connection Home Health Care, dba The Cardiac Connection

Social Security/Taxpayer ID Nos.:

80−0668452

Debtor(s)

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST

NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003−1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is February 15, 2018 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1. Governmental units shall have until April 16, 2018, to file proofs of claim.

2. Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3. Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4. Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.

Dated:  October 18, 2017

Proof of Claim page for Chapter 11

**FOR THE COURT:**

William C. Redden
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                         Case No. 17-35183-KRH
Cardiac Connections: Home Health Care Nu                                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: bullockn          Page 1 of 2          Date Rcvd: Oct 18, 2017
                              Form ID: 309F           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db              #+Cardiac Connections: Home Health Care Nursing Serv,    10109 Krause Road, Suite 203,
                  Chesterfield, VA 23832-6501
14096817        +Accident Fund General,    Payment Center,    1138 Elm Street,    P.O. Box 179,
                  Manchester, NH 03105-0179
14096818         Accucare Health Strategies,    4000 Legato Road, Suite 1100,    Annandale, VA 22003-0000
14096819        +Accucare Health Strategies,    c/o Caitlin K. Lhommedieu, Esq.,    Roeder & Cochran PLLC,
                  8280 Greensboro Drive, Suite 601,    Mc Lean, VA 22102-3807
14096822        +Anthony Markel,    568 Ice Pond Cove,    Manakin Sabot, VA 23103-3161
14096823        +Brightree LLC,    1735 North Broan Road #500,    Lawrenceville, GA 30043-8228
14096825        +Comcast Cable,    P.O. Box 540,    Fair Lawn, NJ 07410-0540
14096826        +Crestline Specialty Inc.,    c/o Legum Law PLC,    4004 Williamsburg Court,
                  Fairfax, VA 22032-1139
14096827        +David James CPA LLC,    P.O. Box 43053,    Nottingham, MD 21236-0053
14096829         De Lage Landen Financial,    P.O. Box 41602,    Philadelphia, PA 19101-1602
14096828         De Lage Landen Financial,    c/o McCarthy Burgess and Wo,    The MB&W Building,
                  2600 Cannon Road,    Bedford, OH 44146-0000
14096830         De Lage Landen Financial Services,    c/o Hutchinson Warren & Associates,
                  122 South Rawles Street, Suite 200,    Romeo, MI 48065-5606
14096831        +Dedra Goodman,    P.O. Box 38-4292,    Waikoloa, HI 96738-4292
14096832        +Esther McClatchie,    3613 Echoway Road,    Richmond, VA 23234-4867
14096833        +Fleischer, Fleischer & Suglia PLC,    Four Greentree Centre,    601 Route 73 North, Suite 305,
                  Marlton, NJ 08053-3475
14096834        +Global Merchant Cash,    c/o Mendy Jaffe,    64 Beaver Street,    New York, NY 10004-2508
14096835         HealthStream,    P.O. Box 102817,    Atlanta, GA 30368-2817
14096837        +James Brown,    3120 Woodspring Drive,    Abingdon, MD 21009-1008
14096839        +Lamont Hanley & Associates,    P.O. Box 179,    Manchester, NH 03105-0179
14096841       ++MEDLINE INDUSTRIES INC,    ATTN ANNE KISHA,    ONE MEDLINE PL,    MUNDELEIN IL 60060-4486
                 (address filed with court:  Medline Industries,    P.O. Box 382075,    Pittsburgh, PA 15251-8075)
14096840         McKesson Medical,    P.O. Box 204786,    Dallas, TX 75320-4786
14096842        +Neopost USA Inc.,    Dept. 3689,    P.O. Box 123689,    Dallas, TX 75312-3689
14096844        +Rathbun Law Firm PC,    10427 North Street, Suite 200,    Fairfax, VA 22030-2592
14096846        +The Pels Law Firm,    4845 Rugby Ave, 3rd Floor,    Bethesda, MD 20814-3018
14096847        +Therapy Resources, Inc.,    c/o Debra Powell,    9130 Stephans Manor Drive,
                  Mechanicsville, VA 23116-5165
14096848        +Trust Fund Recovery Penalty,    IRS Collections,    400 N. Eighth Street,
                  Richmond, VA 23219-4838
14096850        +US Imaging Systems,    15500 Erwin Street, Suite 1113,    Van Nuys, CA 91411-1027
14096851        +Virginia Department of Taxation,    600 East Main Street,    Richmond, VA 23219-2410
14096852        +Virginia Dept of Taxation,    c/o Craig Burns, Commissioner,    1957 Westmoreland Street,
                  Richmond, VA 23230-3225
14096853         Virginia Employment Commission,    P.O. Box 1358,    Richmond, VA 23218-1358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: rwestermann@hf-law.com Oct 19 2017 01:56:43      Robert S. Westermann,
                  Hirschler Fleischer, P.C.,    2100 East Cary Street,    The Edgeworth Building,
                  Richmond, VA  23223
14096820         EDI: AMEREXPR.COM Oct 19 2017 01:49:00      American Express,    P.O. Box 1270,
                  Newark, NJ 07101-1270
14096836         EDI: IRS.COM Oct 19 2017 01:49:00      Internal Revenue Service,
                  Centralized Insolvency Operations,    Post Office Box 21126,    Philadelphia, PA 19114-0326
14096843        +E-mail/Text: collections@rapidadvance.com Oct 19 2017 01:57:56      Rapid Advance,
                  c/o Marlowe Rogers,    4500 East West Highway, 6th Floor,    Bethesda, MD 20814-3327
14096845         EDI: RMSC.COM Oct 19 2017 01:49:00      Sams Club,    P.O. Box 950016,    Orlando, FL 32896-0015
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14096824         Candace Mueller
14096838         Konica Minolta Premier Finance
14096821*       +American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
14096849*        U.S. Department of the Treasury,    Bureau of the Fiscal Service,    P.O. Box 1686,
                  Birmingham, AL 35201-1686
                                                                                               TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0422-7          User: bullockn            Page 2 of 2             Date Rcvd: Oct 18, 2017
                              Form ID: 309F             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
              Robert S. Westermann    on behalf of Debtor   Cardiac Connections: Home Health Care Nursing
               Services Corp. rwestermann@hf-law.com,  rmcburney@hf-law.com
                                                                                            TOTAL: 2
```