# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 17−35183−KRH
**Chapter** 11
**Judge** Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cardiac Connections: Home Health Care Nursing
Services Corp.
dba The Cardiac Connection Home Health Care
dba The Cardiac Connection
10109 Krause Road, Suite 203
Chesterfield, VA 23832

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 80−0668452

The Time of the Hearing has changed to 11:00 AM

## NOTICE OF RESCHEDULED HEARING

Notice is hereby given that the previously scheduled hearing on

*10* − Motion to Approve Use of Cash Collateral − Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral; and (II) Granting Adequate Protection to the United States of America filed by Robert S. Westermann of Hirschler Fleischer, P.C. on behalf of Cardiac Connections: Home Health Care Nursing Services Corp.. (Attachments: # 1 Exhibit(s) A) (Westermann, Robert)

has been rescheduled and will be held at:

**Date:** November 14, 2017     **Time:** 11:00 AM

**Location:**

Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219

Dated:  October 31, 2017                                For the Court,

                                                        William C. Redden, Clerk
[van024BKAP.jsp 12/08]                                  United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 17-35183-KRH
Cardiac Connections: Home Health Care Nu                              Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7            User: oliverb              Page 1 of 2              Date Rcvd: Oct 31, 2017
                                Form ID: VAN024            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db           #+Cardiac Connections: Home Health Care Nursing Serv,   10109 Krause Road, Suite 203,
               Chesterfield, VA 23832-6501
14096817      +Accident Fund General,   Payment Center,    1138 Elm Street,   P.O. Box 179,
               Manchester, NH 03105-0179
14096819      +Accucare Health Strategies,   c/o Caitlin K. Lhommedieu, Esq.,   Roeder & Cochran PLLC,
               8280 Greensboro Drive, Suite 601,   Mc Lean, VA 22102-3807
14096818       Accucare Health Strategies,   4000 Legato Road, Suite 1100,   Annandale, VA 22003-0000
14096820       American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
14111320       American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14096822      +Anthony Markel,   568 Ice Pond Cove,   Manakin Sabot, VA 23103-3161
14096823      +Brightree LLC,   1735 North Broan Road #500,   Lawrenceville, GA 30043-8228
14096824       Candace Mueller,   1330 Janeka Drive,   Chesterfield, VA 23838
14096825      +Comcast Cable,   P.O. Box 540,   Fair Lawn, NJ 07410-0540
14096826      +Crestline Specialty Inc.,   c/o Legum Law PLC,   4004 Williamsburg Court,
               Fairfax, VA 22032-1139
14096827      +David James CPA LLC,   P.O. Box 43053,   Nottingham, MD 21236-0053
14096829       De Lage Landen Financial,   P.O. Box 41602,   Philadelphia, PA 19101-1602
14096828       De Lage Landen Financial,   c/o McCarthy Burgess and Wo,   The MB&W Building,
               2600 Cannon Road,   Bedford, OH 44146-0000
14096830       De Lage Landen Financial Services,   c/o Hutchinson Warren & Associates,
               122 South Rawles Street, Suite 200,   Romeo, MI 48065-5606
14096831      +Dedra Goodman,   P.O. Box 38-4292,   Waikoloa, HI 96738-4292
14096832      +Esther McClatchie,   3613 Echoway Road,   Richmond, VA 23234-4867
14096833      +Fleischer, Fleischer & Suglia PLC,   Four Greentree Centre,   601 Route 73 North, Suite 305,
               Marlton, NJ 08053-3475
14096834      +Global Merchant Cash,   c/o Mendy Jaffe,   64 Beaver Street,   New York, NY 10004-2508
14096835       HealthStream,   P.O. Box 102817,   Atlanta, GA 30368-2817
14096837      +James Brown,   3120 Woodspring Drive,   Abingdon, MD 21009-1008
14096839      +Lamont Hanley & Associates,   P.O. Box 179,   Manchester, NH 03105-0179
14096841      ++MEDLINE INDUSTRIES INC,   ATTN ANNE KISHA,   ONE MEDLINE PL,   MUNDELEIN IL 60060-4486
              (address filed with court: Medline Industries,   P.O. Box 382075,   Pittsburgh, PA 15251-8075)
14096840       McKesson Medical,   P.O. Box 204786,   Dallas, TX 75320-4786
14096842      +Neopost USA Inc.,   Dept. 3689,   P.O. Box 123689,   Dallas, TX 75312-3689
14096844      +Rathbun Law Firm PC,   10427 North Street, Suite 200,   Fairfax, VA 22030-2592
14096846      +The Pels Law Firm,   4845 Rugby Ave, 3rd Floor,   Bethesda, MD 20814-3018
14096847      +Therapy Resources, Inc.,   c/o Debra Powell,   9130 Stephans Manor Drive,
               Mechanicsville, VA 23116-5165
14096848      +Trust Fund Recovery Penalty,   IRS Collections,   400 N. Eighth Street,
               Richmond, VA 23219-4838
14096850      +US Imaging Systems,   15500 Erwin Street, Suite 1113,   Van Nuys, CA 91411-1027
14110441      +UnitedHealthcare Insurance Company,   185 Asylum Street - 03B,   Harford, CT 06103-3408
14096851      +Virginia Department of Taxation,   600 East Main Street,   Richmond, VA 23219-2410
14096852      +Virginia Dept of Taxation,   c/o Craig Burns, Commissioner,   1957 Westmoreland Street,
               Richmond, VA 23230-3225
14096853       Virginia Employment Commission,   P.O. Box 1358,   Richmond, VA 23218-1358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14107885       E-mail/Text: cio.bncmail@irs.gov Nov 01 2017 02:11:27      Internal Revenue Service,
               Centralized Insolvency Operations,   Post Office Box 21126,   Philadelphia, PA 19114-0326
14096843      +E-mail/Text: collections@rapidadvance.com Nov 01 2017 02:12:31      Rapid Advance,
               c/o Marlowe Rogers,   4500 East West Highway, 6th Floor,   Bethesda, MD 20814-3327
14096845       E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2017 02:13:04      Sams Club,   P.O. Box 950016,
               Orlando, FL 32896-0015
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14096838       Konica Minolta Premier Finance
14096821*     +American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
14096836*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14096849*      U.S. Department of the Treasury,   Bureau of the Fiscal Service,   P.O. Box 1686,
               Birmingham, AL 35201-1686
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0422-7          User: oliverb              Page 2 of 2            Date Rcvd: Oct 31, 2017
                              Form ID: VAN024            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
              Rachel A. Greenleaf    on behalf of Debtor    Cardiac Connections: Home Health Care Nursing
               Services Corp. rgreenleaf@hf-law.com,    rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Debtor    Cardiac Connections: Home Health Care Nursing
               Services Corp. rwestermann@hf-law.com,    rmcburney@hf-law.com
                                                                                         TOTAL: 3
```